IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr40-WHA |
| ) | [18 U.S.C. §§ 641 and 2] |
| INA MICHELLE ALLEN ) | |
| ) | **INFORMATION** |
| ) | |

The United States Attorney charges:

### COUNT 1

1. At all times relevant to this Information, the defendant, **INA MICHELLE ALLEN**, was a resident of Montgomery, Alabama.

2. On or about September 23, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Ina Allen. That application falsely represented that Allen had suffered losses to a property she rented as her primary residence in Harvey, Louisiana. Allen did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted the application and caused a United States Treasury check in the amount of $2,000 to be mailed to Allen in Montgomery, Alabama. Allen, aided and abetted by others, received the check and cashed it.

4. On or about the date set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

## INA MICHELLE ALLEN,

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 29, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123481145. |

All in violation of Title 18, United States Code, Sections 641 and 2.

*Patricia A. Watson*
for LEURA G. CANARY
United States Attorney

*[signature]*
CHRISTOPHER A. SNYDER
Assistant United States Attorney