AO 455 (Rev. 5/85)    Waiver of Indictment

# United States District Court

## MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

INA MICHELLE ALLEN

**WAIVER OF INDICTMENT**

Case Number:  2:07-CR-40-WHA

I, INA MICHELLE ALLEN, the above named defendant, who is accused

of violation of Title 18, United States Code, Sections 641 and 2, being advised of the nature of

the charge(s), the proposed information, and of my rights, hereby waive in open court on

_March 7, 2007_ prosecution by indictment and consent that the proceeding may be by
DATE

information rather than by indictment.

_Ina M. Allen_
Defendant

_James E Wilson_
Counsel for Defendant

Before_____
            Judicial Officer