| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: March 7, 2007 | FTR RECORDING: 11:00 - 11:17 | |
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: RISA ENTREKIN | |

☐ ARRAIGNMENT    ☐ CHANGE OF PLEA    ✓ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

PRESIDING MAG. JUDGE: CHARLES S. COODY    DEPUTY CLERK: WANDA STINSON
CASE NUMBER: 2:07-CR-40-WHA-CSC    DEFENDANT NAME: INA MICHELLE ALLEN
AUSA: CHRISTOPHER A. SNYDER    DEFENDANT ATTY: JAMES E. WILSON, JR
USPTS/USPO: Sandra Wood

Type Counsel: ( ) Waived; (✓) Retained; ( ) Panel CJA; ( ) CDO

Defendant _____ does ✓ does NOT need and interpreter. Name: _____

✓ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
✓ **WAIVER OF INDICTMENT** executed and filed.
✓ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐ Nol Contendere    ☐ Not Guilty by reason of insanity
✓ Guilty as to:    ✓ Count(s) 1 of the **Felony Information**
☐ Count(s) _____    ☐ dismissed on oral motion of USA;
☐ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered    ✓ Written plea agreement filed.    ☐ **ORDERED SEALED.**
✓ **ORAL ORDER** Adjudicating defendant guilty.
✓ **ORDER:** Defendant Continued ☐ same Conditions/Bond imposed by Mag. Judge;
✓ Released on Bond & Conditions of Release for:
☐ Trial on _____ ; ✓ Sentencing on _____ ; ✓ to be set by Separate Order
☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
☐ Trial on _____ ; or ☐ Sentencing on _____ ☐ Set by separate Order.